STATE of Missouri, Respondent,

v.

John KING, Appellant.

John KING, Appellant,

v.

STATE of Missouri, Respondent.

Nos. 67485, 71462.

Missouri Court of Appeals,
Eastern District,
Division Five.

March 3, 1998.

Susan K. Eckles, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Meghan J. Stephens, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRAHAN, C.J., RICHARD B. TEITELMAN, J., and CHARLES B. BLACKMAR, Senior Judge.

### ORDER

PER CURIAM.

Defendant appeals the judgment entered on his conviction by a jury of two counts of first degree murder, in violation of section 565.020 RSMo.1994, one count of first degree assault, in violation of section 565.050 RSMo. 1994, and three counts of armed criminal action, in violation of section 571.015 RSMo. 1994. Defendant also appeals from the denial of his rule 29.15 motion for post-conviction relief.

We have reviewed the briefs of the parties and the record on appeal and find no error of

law. A detailed opinion would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order. The judgments are affirmed pursuant to Rules 30.25(b) and 84.16(b).